4/5/2011            TUESDAY            Judge Trish M Brown

10:00 AM     ■ 11-31897 tmb 11     Thornburgh Resort Company, LLC
CR 4

Notice of Hearing and Motion for Relief from Stay Loyal Land, LLC and Supporting Document(s) Filed by Creditor Loyal Land, LLC Hearing Scheduled for 4/5/2011 at 10:00 AM at Courtroom #4, Portland. (Attachments: # (1) Declaration of Terry Larson in Support of Loyal Land, LLC s Motion for Relief From Stay# (2) Declaration of Jeffrey Parker In Support of Loyal Land, LLC s Motion for Relief From Stay (Part 1 with Ex A)# (3) Part 2 - Exhibits B-E to Declaration of Jeffrey Parker in Support of Loyal Land, LLC s Motion for Relief From Stay) (HEDBERG, STEVEN) (13)

     Thornburgh Resort Company, LLC     GARY U SCHARFF
     Loyal Land, LLC - cr                       STEVEN M HEDBERG

**Evidentiary Hearing:**    Yes: ☐   No: ☐

1 day for RFS
May 18, 2011 @ 9:00
W.tness lists, Exhibit lists, S[tatement] of Agreed Facts and trial briefs, if any, due on May 11, 2011.

Order to be prepared by:   ☐ clerk's office   ☐ chambers   ☐ _____

DOCKET ENTRY:

Run Date: 4/5/2011

In Re: Relief from stay ) Case # 11-31897
)
)
)
)
Debtor Thornburgh )

# List of Persons Attending

Date of Hearing 4/5/11

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Jeanette Thomas | Loyal Land |
| Gary Scharff | Thornburgh Resort Co. (debtor) |
| Stuart K. Cohn | PGI |
| Lisa Delashmutt | TRC |