B6A (Official Form 6A) (12/07)

In re _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total▶

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  THORNBURGH RESORT COMPANY LLC          ,          Case No.  11-31897-tmb11
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank, Account #7417 ($280) US Bank, Account #6918 ($0) | | 280.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

**In re** THORNBURGH RESORT COMPANY LLC ,        Case No. 11-31897-tmb11
           **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Attachment 13 Schedule B | | 38,025.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Aspen Lakes Development LLC | | 5,100.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attachment 18 Schedule B | | 311.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | Land Option: TRC has an option on 160 acres of land from Agnes DeLashmutt included in the permitted resort. The option price is $1,600,000. | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Attachment 21 Schedule B | | |

In re  THORNBURGH RESORT COMPANY LLC          ,          Case No.   11-31897-tmb11
                **Debtor**                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | List of current and former reservation holders and list of founders located at the TRC office. | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevy Tahoe Driven by Kameron DeLashmutt | | 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Attachment 28 Schedule B | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Water Rights held in Trust for TRC by Central Oregon Irrig. #'s 2005-82273,-36642,-2004-40 | | 18,837.00 |

        6  continuation sheets attached     Total➤   $       20,854,045.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Thornburgh Resort Company, LLC                                    Case No. 11-31879-tmb11

## <u>ATTACHMENT 13 SCHEDULE B</u>

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Central Land and Cattle, LLC (owns water rights) | | 38,025 |
| | | Thornburgh Utility Group, LLC | | -- |
| | | Thornburgh Properties, LLC dba Tribute Realty | | -- |
| | | | Total | 38,025.00 |

## <u>ATTACHMENT 18 SCHEDULE B</u>

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Judgment due from Gary Mattox from arbitration award.  5689 East Quartz Mountain Rd. Paradise Valley, AZ 85253 | | $3,111.00 |
| | | Judgment due TRC from Arbitration from  Traditions NW Ventures, David Chapman,78505 Old Avenue 52 La Quinta, CA 92253 | | $2,400,000.00 |

| | | | | |
|---|---|---|---|---|
| | | David Chapman and Gary Mattox (addresses above) debt for unpaid reimbursement to debtor for Eisenhower and Carlson work. | | $6,654.00 |
| | | Amounts due from David Chapman for reimbursement for unperformed sales advisory services. | | $100,000.00 |
| | | | TOTAL | $2,509,765.00 |

Thornburgh Resort Company, LLC                                          Case No. 11-31879-tmb11

## <u>ATTACHMENT 21 SCHEDULE B</u>

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Terry Larsen for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Terry Larsen c/o attorney Joe West. Amount between $12.55M and $400M. | | $12,554,668 |
| | | Claims against Jeffrey Parker for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Jeffrey Parker c/o attorney Stuart Cohen 1300 SW 5th, Ste 3500, Portland OR 97201 | | Between $12.547M up to $400M |
| | | Claims against Bill Wilt for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Bill Wilt c/o attorney Stuart Cohen SW 5th, Ste 3500, Portland OR 97201 | | Between $12.547M up to $400M |
| | | Claims against Loyal Land LLC for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Loyal Land LLC c/o attorney Joe West | | Between $12.547M up to $400M |

Thornburgh Resort Company, LLC

Case No. 11-31879-tmb11

| | | | |
|---|---|---|---|
| | | Claims against Parker Group Investments, LLC for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Parker Group Investments, LLC c/o attorney Stuart Cohen | Between $12.547M up to $400M |
| | | Claims against Central Oregon Investment Holdings, LLC for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. COIH c/o attorney Robert Moore of Bullivant Houser. | Between $12.547M up to $400M |
| | | Claims against Darren Wellborne for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. Darren Wellborn c/o attorney Robert Moore of Bullivant Houser. | Between $12.547M up to $400M |
| | | Claims against Sterling Bank for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions. | Between $12.547M up to $400M |
| | | Claims against Action Mortgage for damages resulting from wrongful conduct pertaining to the Sterling Note purchase and foreclosure actions | Between $12.547M up to $400M |
| | | Claims against Jeffrey Parker and PGI for damages resulting from wrongful conduct pertaining to breaches of the Buy Out agreement. Jeffrey Parker c/o attorney Stuart Cohen. | $3,000,000 |

| | | | |
|---|---|---|---|
| | | Claims against Central Electric Coop pertaining to illegal installation of power lines on TRC property | $250,000 |
| | | Arbitration award of recoupment against Traditions NW Ventures for $2.4M due TRC. | $2,400,000 |
| | | Claim against Chapman and Mattox (Odin Falls). For conversion of numerous items belonging to debtor stored at the Odin Falls property. | $40,000 |
| | | Claim against David Chapman for leased 2005 Lexus purchased from the lessor for $10,000 less than market value. | $10,000.00 |
| | | Amounts due from Paul Price for unreimbursed advances. c/o Peerless Golf, Inc. 22865 Someday Way Bend, Oregon 97701 | $90,000.00 |
| | | Amounts due from Peerless Golf Inc. for unreimbursed advances. 22865 Someday Way Bend, Oregon 97701 | Unknown |
| | | Total | $18,254,668 |

Thornburgh Resort Company, LLC                                      Case No. 11-31879-tmb11

## ATTACHMENT 28 SCHEDULE B

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies | | File Cabinets (6), TRC Office | | $600.00 |
| | | Leather Office chairs (8), TRC Office | | $600.00 |
| | | Fireproof file cabinet (1), TRC Office | | $750.00 |
| | | Phone Headsets (4), TRC Office | | $400.00 |
| | | Desks (6), TRC Office | | $600.00 |
| | | Conference Room set (1), TRC Office | | $2,000.00 |
| | | Phone System (6), TRC Office | | $1,200.00 |
| | | Office décor, TRC Office | | $5,000.00 |
| | | Printers (4), TRC Office | | $1,000.00 |
| | | Computers (5), TRC Office | | $1,500.00 |
| | | Video Projector (1), TRC Office | | $250.00 |
| | | Tables, Chairs, Shelving, etc.., TRC Office | | $500.00 |
| | | Misc equipment, TRC Office | | $250.00 |
| | | | Total | $14,650.00 |

B 6D (Official Form 6D) (12/07)

In re   THORNBURGH RESORT COMPANY   ,        Case No.   11-31897-tmb11
_____          _____
                **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Deschutes County Tax Assesor 1300 SW Wall St., Bend OR 97701 | | | Property Taxes due on all parcels<br><br>VALUE $ 1,371,195.00 | | | | 59,798.89 | 0.00 |
| ACCOUNT NO.<br>Loyal Land, LLC Account # 1580000245 c/o Joe West | X | | 11/19/2007. Sterling Bank made a loan to Parker Group Inv,<br>VALUE $ 1,371,195.00 | X | X | X | 12,554,678.78 | 11,410,727.67 |
| ACCOUNT NO.<br>Sterling Bank/Action Mortg. PO Box 2303 Spokane WA 99210 | X | | 11/19/2007. Sterling Bank made a loan to Parker Group Inv,<br>VALUE $ 1,371,195.00 | X | X | X | 0.00 | 0.00 |

   2   continuation sheets
       attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | $ 12,614,477.67 | $ 11,410,727.67 |
|---|---|---|
| | $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                                        2

In re  THORNBURGH RESORT COMPANY  ,        Case No.   11-31897-tmb11
           **Debtor**                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Central Oregon Investment Holdings, LLC c/o Robert Moore @ Bullivant Houser | X | | 11/19/2007. Sterling Bank made a loan to Parker Group Inv, LLC sec VALUE $ 1,371,195.00 | X | X | X | 0.00 | 0.00 |
| **ACCOUNT NO.** Agnes DeLashmutt 4048 NW Xavier, Redmond OR 97756. | X | | Loans secured by all TRC land:  May 28, 2008: $300,000 VALUE $ 1,371,195.00 | | | | 510,781.66 | 510,781.66 |
| **ACCOUNT NO.** Agnes DeLashmutt 4048 NW Xavier, Redmond OR 97756. | X | | Loans secured by all TRC land: Sept 4, 2008: $100,000 VALUE $ 1,371,195.00 | | | | 341,517.12 | 341,517.12 |
| **ACCOUNT NO.** Agnes DeLashmutt 4048 NW Xavier, Redmond OR 97756. | X | | Loans secured by all TRC land: Feb 13, 2009: $70,000 VALUE $ 1,371,195.00 | | | | 240,234.16 | 240,234.16 |
| **ACCOUNT NO.** Trail Crossing Trust 4048 NW Xavier, Redmond OR 97756. c/o: Agnes DeLashmu | | | Loans secured by all TRC land: Nov 22, 2008: $72,000 VALUE $ 1,371,195.00 | | | | 149,783.00 | 149,783.00 |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 1,242,315.96 | $ 1,242,315.96 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.                                                                        2

In re   THORNBURGH RESORT COMPANY   ,          Case No.   11-31897-tmb11
                    **Debtor**                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Charlie & Cheryl Price <br> 16488 Wilt Rd. <br> Sisters, Oregon 97759 | | X | Land Purchase contract on TL7900: Sept 9, 2005. <br><br> VALUE $  30,000.00 | | | | 175,890.41 | 175,890.41 |
| ACCOUNT NO. <br><br> Genesis Development Group, LLC, <br> 2447 NW Canyon, <br> Redmond OR 97756, | | X | Loan to make land payment secured by TL 5000. <br><br> VALUE $ 513,000.00 | | | | 605,726.50 | 605,726.50 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no.___2__of__2___continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 781,616.91        $ 781,616.91

Total(s) ▶
(Use only on last page)

$ 14,638,410.54     $ 13,434,660.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re   Thornburgh Resort Company LLC   ,        Case No.  11-31897-tmb11
                    Debtor                                      *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

**In re** Thornburgh Resort Company LLC _____ , **Case No.** 11-31897-tmb11 _____
              Debtor                                              *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                    9    continuation sheets attached

In re <u>Thornburgh Resort Company LLC</u> ,          Case No. <u>11-31897-tmb11</u>
          **Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Services PO Box 660264 Dallas Texas, 75266 | | | 2009 Payroll Taxes | | | | 18,483.24 | 18,483.24 | 0.00 |
| Account No.<br><br>Stewart Weitzman 77231 Montesereno Circle Indian Wells CA 92210 | | | 2006 Founders investments | X | X | | 750,000.00 | 2,600.00 | 747,400.00 |
| Account No.<br><br>John Bos 28724 Stockdale Hwy Bakersfield CA 93312 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Porter Burns, 152 Champanelle Way, Bend OR 97701 | | | 2005 Founders investments | x | X | | 500,000.00 | 2,600.00 | 497,400.00 |

Sheet no. <u>1</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 1,768,483.0    $ 26,283.00    1,742,200.0

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re  Thornburgh Resort Company LLC                    ,        Case No.  11-31897-tmb11
_____                           _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dick Carpenter, 65923 Rimrock Ct. Bend OR 97702 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>John Evenson, 79-145 Montego Bay Dr. Bermuda Dunes CA 92203 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Ray Grimm, 61862 Bunker Hill Rd., Bend OR 97702 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Mike Herzog, 1025 NW Couch St 1411 Portland OR 97209 | | | 2005 Founders investments | x | X | | 500,000.00 | 2,600.00 | 497,400.00 |

Sheet no. 2  of  9  continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

$ 2,000,000.0    $ 10,400.00    1,989,600.0

Total ➤
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

$

Totals ➤
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$    $

In re  Thornburgh Resort Company LLC                    ,       Case No. 11-31897-tmb11
**Debtor**                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> John Houston, 9799 SW Freeman Dr. Wilsonville, OR 97070 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No. <br> Bob Keys 1550 Eastman Pkwy #150, Gresham OR 97030 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No. <br> Jay Losi 4307 Oak Place Dr, Westlake CA 91362 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No. <br> Joe O'Brien 411 Hamiltin Dr. Ste 2002 Peoria Ill 61602 | | | 2005 Founders investments | x | X | | 500,000.00 | 2,600.00 | 497,400.00 |

Sheet no. 4 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $ 2,000,000.0   $ 10,400.00   4,989,600.0

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

In re  Thornburgh Resort Company LLC                    ,    Case No.  11-31897-tmb11
             **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sandy Studer<br>PO Box 355<br>Diablo CA 9452 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>John Aspell<br>19250 Green Lakes Lp.<br>Bend OR 97702 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Virginia Dekat,<br>86 SW Century Dr<br>Bend OR 97702 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Dave Edson<br>3227 SW Scholls Ferry Ct.<br>Portland OR 97221 | | | 2005 Founders investments | x | X | | 500,000.00 | 2,600.00 | 497,400.00 |

Sheet no. 5  of  9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►
(Totals of this page)    $ 2,000,000.0    $ 10,400.00    1,989,600.0

Total ►
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $

Totals ►
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re <u>Thornburgh Resort Company LLC</u>,    Case No. <u>11-31897-tmb11</u>

**Debtor**                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lee Kearney, 7611 SW Evergreen Hwy, Vancouver WA 98664 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Allan Mohr 25619 Cheril Dr. West Linn OR 97068 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Don Kurz, One Bala Plaza East, #600 Bala PA 19004 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Doug Miller 7760 France Ave, Edina MN 55435 | | | 2005 Founders investments | x | X | | 500,000.00 | 2,600.00 | 497,400.00 |

Sheet no. <u>6</u> of <u>9</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)    $ 2,000,000.0    $ 10,400.00    1,989,600.0

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $

In re  Thornburgh Resort Company LLC                    ,          Case No.  11-31897-tmb11
_____                              _____
              **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Darren Wellborne<br>5415 SW Westgate Dr.<br>Portland OR 97221 | | | 2005 Founders investments | X | X | | 500,000.00 | 2,600.00 | 497,400.00 |
| Account No.<br><br>Jim Morse | | | 2005 Founders investments | X | X | | 375,000.00 | 2,600.00 | 372,400.00 |
| Account No.<br><br>Steven Morse<br>3028 NE Alameda<br>Portland OR 97212 | | | 2005 Founders investments | X | X | | 375,000.00 | 2,600.00 | 372,400.00 |
| Account No.<br><br>Dan Dutton<br>52758 Claret Cove,<br>La Quinta, CA 92253 | | | 2005 Founders investments | x | X | | 250,000.00 | 2,600.00 | 247,400.00 |

Sheet no. 7  of  9  continuation  sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals►
(Totals of this page)    $ 989,600.00    $ 10,400.00    1,489,600.0[ ]

Total►
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)    $

Totals►
(Use only on last page of the completed
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $

In re  Thornburgh Resort Company LLC                              ,          Case No.  11-31897-tmb11
                                    **Debtor**                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Mike Moone <br> 78663 Peerless Place, <br> La Quinta CA 92253 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No. <br><br> John Stringer Jr. <br> 18286 Nicklaus Way <br> Eden Prairie, MN 55347 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No. <br><br> John Stringer Sr., <br> 130 Tamit Place <br> Palm Desert CA 92260 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No. <br><br> Nick Blodgett, <br> 50-740 Grand Traverse <br> La Quinta, CA 92253 | | | 2005 Founders investments | x | X | | 250,000.00 | 2,600.00 | 247,400.00 |

Sheet no. 8 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)    $ 1,000,000.0    $ 10,400.00    989,600.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $          $

In re  Thornburgh Resort Company LLC_____ ,   Case No. _11-31897-tmb11_____
           **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brandon Dawson, 6222 NW El Ray Dr. Camas, WA 98607 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No.<br><br>Cindy Dawson 6222 NW El Ray Dr. Camas, WA 98607 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No.<br><br>Jack Whittemore, 61530 SW Tam McArthur Ct.Bend OR 97702 | | | 2005 Founders investments | X | X | | 250,000.00 | 2,600.00 | 247,400.00 |
| Account No.<br><br> | | | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ►  
(Totals of this page)    $ 750,000.00    $ 7,800.00    742,200.00

Total ►  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 13,018,483.2

Totals ►  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 96,483.24    $ 12,922,000.0

B 6F (Official Form 6F) (12/07)

In re  Thornburgh Resort Company, LLC                    ,          Case No.   11-31897-tmb11
_____                                    _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Parker Group Investments<br>15250 Blankenship Rd, #200<br>West Linn OR 97068 | | | Buy out contract<br>12/15/2010 | X | X | X | 3,000,000.00 |
| ACCOUNT NO.  none<br><br>Schwabe Williamson & Wyatt<br>1211 SW 5th Ave #1900<br>Portland OR 97204 | | | Professional services<br>2008-2010 | | | | 1,366,324.00 |
| ACCOUNT NO.  none<br><br>Kameron DeLashmutt<br>2447 NW Canyon<br>Redmond OR 97756 | | | Guaranteed payments<br>2008-2011 | | | | 506,584.34 |
| ACCOUNT NO.  none<br><br>David Chapman<br>78505 Old Avenue 52<br>La Quinta CA 92252 | | | Lease Contract:Subject to Setoff from arbitration recoupment 2007-2011 | X | X | | 375,000.00 |

Subtotal▶  $ 5,247,908.34

12 continuation sheets attached

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Thornburgh Resort Company, LLC                              ,     Case No.   11-31897-tmb11
_____
**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  none<br><br>Gary Mattox<br>5689 E. Quartz Mt Rd.<br>Paradise Valley AZ 85253 | | | Lease Contract:Subject to Setoff from arbitration recoupment 2007-2011 | | X | X | 375,000.00 |
| ACCOUNT NO.  none<br><br>Tetra Tech EC, Inc<br>Lynn Sharp<br>Dept 1644 | | | Trade account 2008-2009 | | | | 145,430.58 |
| ACCOUNT NO.  none<br><br>Edgewood Log StructuresLtd<br>PO Box 1030<br>Coure d'Alene ID 83816 | | | Trade account 2007 | | X | | 138,097.41 |
| ACCOUNT NO.  none<br><br>Genesis Development Group, LLC<br>2447 NW Canyon | | | Unsecured loan, payment made 2008-2011 | | X | | 180,456.18 |
| ACCOUNT NO.  none<br><br>Ater Wynne LLP<br>1331 NW Lovejoy, Ste 900<br>Portland OR 97209 | | | Trade account 2009-2011 | | | | 92,908.77 |

Sheet no.  1  of  12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 931,892.94

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Thornburgh Resort Company LLC                ,          Case No.   11-31897-tmb11
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moss-Adams LLP<br>805 SW Broadway Ste 1200<br>Portland OR 97205 | | | Trade Account 2009-2011 | | | | 91,445.11 |
| ACCOUNT NO.<br><br>Hickman, Williams & Assocs,<br>1201 SW Wall<br>Bend, OR 97702 | | | Trade Account 2008-2009 | | X | | 90,693.31 |
| ACCOUNT NO.<br><br>Newton Consultants, Inc.<br>521 SW 6th St. Ste 100<br>Redmond OR 97756 | | | Trade Account 2008-2009 | | | | 79,837.65 |
| ACCOUNT NO.<br><br>Tom Watson Design Ltd.<br>1901 West 47th Place, #200<br>Westwood KS 66205 | | | 2007-2008 | | | | 75,000.00 |
| ACCOUNT NO.<br><br>Bussard Williams<br>1201 SW Wall St. Ste. 100<br>Bend OR 97702 | | | Trade Account 2008-2009 | | X | | 47,587.48 |

Sheet no. __2__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 384,563.55

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Thornburgh Resort Company LLC                    ,          Case No.   11-31897-tmb11
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Golf Course PLanning LLC<br>20027 N 97th Place<br>Scottsdale AZ 85255 | | | Trade Account 2008-2009 | | | | 41,562.00 |
| ACCOUNT NO.<br><br>Packowsi Heinritz Assoc<br>1801 I Street Ste 100<br>Sacramento, CA 95814 | | | Trade Account 2008 | | | | 22,631.25 |
| ACCOUNT NO.<br><br>Black Helterline LLP 805 SW Broadway ste 1900   Portland OR 97205 | | | Trade Account 2007 | | | | 21,332.96 |
| ACCOUNT NO.<br><br>Rick Nordin<br> 24055 Dodds Rd.<br>Bend OR 97701 | | | Contract Labor Services 2008-2009 | | | | 20,000.00 |
| ACCOUNT NO.<br><br>Karnopp Peterson et al<br>1201 SW Wall St. Ste. 300<br>Bend OR 97702 | | | Trade Account 2007 | | | | 18,483.24 |

Sheet no. __3__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 124,009.45

Total➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Thornburgh Resort Company LLC                    ,     Case No.   11-31897-tmb11
                                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Peterkin and Associates <br> 222 NW Irving Ave <br> Bend OR 97701 | | | Trade Account 2010 | | | | 17,500.00 |
| ACCOUNT NO. <br><br> WRG Design Inc. <br> 5415 SW Westgate Dr. <br> Portland OR 97221 | | | Trade Account 2009 | | | | 16,307.47 |
| ACCOUNT NO. <br><br> Central Oregon Irrigation <br> 1055 SW Lake Rd. <br> Redmond OR 97756 | | | Trade Account 2008-2010 | | | | 11,436.17 |
| ACCOUNT NO. <br><br> Sidley Austin LLP <br> PO Box 0642 <br> Chicago ILL 60690 | | | Trade Account 2009 | | | | 10,345.08 |
| ACCOUNT NO. <br><br> Interface Engineering <br> 708 SW 3rd St. <br> Portland OR 97204 | | | Trade Account 2008 | | | | 10,133.02 |

Sheet no. __4__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $   65,721.74

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Thornburgh Resort Company LLC</u>        ,        Case No. <u>11-31897-tmb11</u>
               **Debtor**                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Elcon Associates, Inc.<br>12670 SW Barnes Rd.<br>Portland OR 97229 | | | Trade Account 2008 | | | | 9,621.13 |
| ACCOUNT NO.<br><br>Group Mackenzie, Inc.<br>PO Box 14310<br>Portland OR 97293 | | | Trade Account 2008 | | | | 8,501.20 |
| ACCOUNT NO.<br><br>Paladino & Company<br>110 Union St. Ste 400<br>Seattle WA 98101-2028 | | | Trade Account 2008 | | | | 7,750.00 |
| ACCOUNT NO.<br><br>Eisenhower and Carlson<br>1201 Pacific Ave Ste 1200<br>Tacoma WA 98402 | | | Trade Account 2009-2010 | | | X | 6,654.00 |
| ACCOUNT NO.<br><br>MAI Denver<br>383 Inverness Parkway, Ste<br>Englewood CO 80112 | | | Trade Account 2008 | | | | 6,100.00 |

Sheet no. <u>5</u> of <u>12</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 38,626.33

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Thornburgh Resort Company LLC                    ,          Case No.   11-31897-tmb11
_____          _____
                        **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Linda L. Swearingen<br>4022 SW Wickiup<br>Redmond OR 97756 | | | Trade Account 2008 | | | | 5,570.00 |
| ACCOUNT NO.<br><br>Guidon, Inc.<br>1220 SW Morrison St. Ste 425 Portland OR 97205 | | | Trade Account 2007 | | | | 5,425.00 |
| ACCOUNT NO. 0101<br><br>US Bank Visa<br>PO Box 79048<br>St. Loius MO 63179-0408 | | | Trade Account 2008 | | | | 5,395.46 |
| ACCOUNT NO.<br><br>GMA, Inc.<br>2700 Newport Blvd Ste 1<br>Newport Beach CA 92663 | | | Trade Account 2008 | | | | 3,750.00 |
| ACCOUNT NO.<br><br>Apropos Confidential<br>2701 NW 13th St.<br>Redmond OR 97756 | | | Trade Account 2009-2010 | | | | 2,936.00 |

Sheet no. __6__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $    23,076.46

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Thornburgh Resort Company LLC__ ,     Case No. __11-31897-tmb11__
         __Debtor__                                      __(if known)__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Roemer, Harnik & Nethery<br>45-025 Manitou Dr.<br>Indian Wells CA 92210 | | | Professional Services 2006 | | | X | 2,726.00 |
| ACCOUNT NO.<br>Brown and Caldwell, Inc.<br>PO Box 45208<br>San Francisco CA 94145-020 | | | Trade Account 2007 | | | | 2,129.38 |
| ACCOUNT NO.<br>Motschenbacher & Blattner<br>117 SW Taylor Ste 200<br>Portland OR 97204 | | | Trade Account 2010 | | | | 2,113.00 |
| ACCOUNT NO.<br>Oregon DEQ<br>811 SW 6th Avenue<br>Portland OR 97204 | | | Governmental  2009-2010 | | | | 1,885.00 |
| ACCOUNT NO.<br>Air Systems Inc.<br>675 SE 9th<br>Bend OR 97702 | | | Trade Account 2006 | | | | 1,800.00 |

Sheet no. __7__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 10,653.38

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Thornburgh Resort Company LLC__ ,    Case No. __11-31897-tmb11__
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Ikon Financial Services PO Box 650073 Dallas TX 75265-0073 | | | Lease Account 2009 | | | | 1,691.34 |
| ACCOUNT NO. Ikon Office Solutions PO Box 31001-0850 Pasadena, CA91110-0850 | | | Lease Account 2009 | | | | 1,671.58 |
| ACCOUNT NO. Bend Fire Protection, Inc. PO Box 8567 Bend OR 97708 | | | Trade Account 2006 | | | | 1,600.00 |
| ACCOUNT NO. Smart Solutions, LLC 2525 NE Twin Knolls Dr. # A Bend OR 97701 | | | Trade Account 2009-2010 | | | | 1,585.17 |
| ACCOUNT NO. T Mobile PO Box 790047 St. Louism MO 63179 | | | Utility | | | | 890.94 |

Sheet no. __8__ of __12__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 7,439.03

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Thornburgh Resort Company LLC_____,    Case No. __11-31897-tmb11_____
          **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Morgan, Lewis & Bockius LLP 300 S. Grand Avenue 22nd Fl.  Los Angeles CA 90 | | | Professional Services 2006 | | | | 858.96 |
| ACCOUNT NO. <br><br> Singletree Enterprises, LLC 8780 Rattlesnake Rd. Prineville OR 97754 | | | Trade Account 2007 | | | | 837.50 |
| ACCOUNT NO. <br><br> Coenergy - Redmond 2618 SW 4th Ave, Ste B Redmond OR 97756 | | | Utility 2007 | | | | 770.76 |
| ACCOUNT NO. <br><br> Artisan and Truckers Casualty Co PO Box 54239 Los Angeles CA 90099 | | | Trade Account 2007 | | | | 546.75 |
| ACCOUNT NO. <br><br> Audubon International 230 Second St. Ste 311 Henderson KY 42420 | | | Trade Account 2008 | | | | 500.00 |

Sheet no. __9__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  3,513.97

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Thornburgh Resort Company LLC                     ,     Case No.   11-31897-tmb11
                          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Orkin Pest Control<br>5113 Pacific Hwy E. Ste 1W<br>Fife WA 98424 | | | Trade Account 2009 | | | | 480.00 |
| ACCOUNT NO.<br><br>US Green Building Council<br>PO Box 404296<br>Atlanta GA 30384-4296 | | | Trade Account 2008 | | | X | 450.00 |
| ACCOUNT NO.<br><br>Central Electric Cooperative, Inc PO Box 846<br>Redmond OR 97756 | | | Utility 2009 | | | | 344.39 |
| ACCOUNT NO.<br><br>Qwest Communications<br>PO Box 91155<br>Seattle WA 98111-9255 | | | Utility 2009 | | | | 328.99 |
| ACCOUNT NO.<br><br>Yellowknife Wireless Co LLC<br>136 NW Greenwood Ave 200<br>Bend, OR 97701 | | | Utility 2009 | | | | 303.85 |

Sheet no. 10 of 12 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  1,907.23

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re ___Thornburgh Resort Company LLC___ ,     Case No. ___11-31897-tmb11___
          **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Becker Landscapes, LLC<br>PO Box 8418<br>Bend OR 97708 | | | Trade Account 2008 | | | | 170.00 |
| ACCOUNT NO.<br><br>Fed Ex<br>PO Box 7221<br>Pasadena CA 91109-7321 | | | Trade Account 2008 | | | | 83.62 |
| ACCOUNT NO.<br><br>Earth2O<br>PO Box 70<br>Culver OR 97734 | | | Trade Account 2008 | | | | 71.00 |
| ACCOUNT NO.<br><br>Paula Kentta<br>5762 SW Impala Lane<br>Redmond OR 97756 | | | Trade Account 2009 | | | | 13.50 |
| ACCOUNT NO.<br><br>David Chapman<br>78505 Old Avenue 52<br>La Quinta CA 922 | | | Sales advisory services 2007-2010 Precautionary listing | X | X | X | 0.00 |

Sheet no. __11__ of __12__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                 Subtotal➤     $ 338.12

                                                         Total➤     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Thornburgh Resort Company LLC                    ,          Case No.   11-31897-tmb11
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Peerless Golf, Inc.<br>64682 Cook Ave #118<br>Bend OR 97701 | | | Services, 2007-2010<br>Precautionary listing | X | X | X | 0.00 |
| ACCOUNT NO.<br><br>Kevin Warner/Helmy Law<br>222 SW Columbia Ave.<br>Portland OR 97204 | | | Settlement 2007 | X | X | | 2,000,000.00 |
| ACCOUNT NO.<br><br>Landscapes Unlimited<br>1201 Aries Drive,<br>Lincoln NE 68512 | | | Golf course construction<br>Planning services 2006 | | | | 99,000.00 |
| ACCOUNT NO.<br><br>Bere Lindley<br>1537 West Center St.<br>Manteca, CA  95337 | | | Accounting services<br>2007-2009 | | | | 116,000.00 |
| ACCOUNT NO.<br><br>Central Resort Company,<br>LLC, PO Box 264 Bend,Or<br>97702 | | | Unsecured Loans | | | | 924,229.00 |

Sheet no. 12 of 12  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 3,130,229.00

Total➤ | $ 9,969,879.54
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re   Thornburgh Resort Company, LLC                  ,          Case No.  11-31897-tmb11
                        **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See Attachment G | |
| | |
| | |
| | |
| | |
| | |

Thornburgh Resort Company, LLC                                      Case No. 11-31879-tmb11

## ATTACHMENT SCHEDULE G

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| David Chapman 78505 Old Ave. 52, La Quinta, CA 92253 Gary Mattox   5689 E Quartz Mountain Rd. Paradise Valley, AZ 85253 | Lessee's interest in May 20, 2006 lease on Odin Falls property Amended June 6, 2007 |
| Traditions NW Ventures LLC,  Gary Mattox, 5689 E Quartz Mountain Rd. Paradise Valley, AZ 85253 | Party to Redemption Agreement of June 6, 2007 regarding Traditions/Chapman/Mattox. |
| David Chapman 78505 Old Avenue 52 La Quinta, CA 92253 | Party to June 6, 2007 Sales Advisor Contract. |
| Parker Group Investments, LLC Jeff Parker, Bill Wilt 1750 Blankenship Rd, Ste 200 West Linn, OR 97068 Kameron DeLashmutt 2447 NW Canyon Redmond OR 97756 | Party to June 5, 2007 Investment Agreement. |
| Parker Group Investments, LLC, Jeff Parker, Bill Wilt 1750 Blankenship Rd, Ste 200 West Linn, OR 97068 Kameron DeLashmutt Genesis Development Group, LLC 2447 NW Canyon Redmond OR 97756 | Party to December 15, 2010 Buy Out Agreement. |
| Ikon Financial Services PO Box 650073 Dallas TX 75265-0073 | Printer Lease |

In re   Thornburgh Resort Company, LLC           ,          Case No.   11-31897-tmb11
                **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See Attachment to Schedule H | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ATTACHMENT TO SCHEDULE H

| Name and Address of Co-Debtor | Name and Address of Creditor |
| --- | --- |
| Parker Group Investments, LLC<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068<br><br>Jeffrey Parker<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068<br><br>Bill Wilt<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068 | Sterling Savings Bank<br>PO Box 2303<br>Spokane, WA 99210 |
| Kameron DeLashmutt<br>2447 NW Canyon<br>Redmond, OR 97756<br><br>Lisa DeLashmutt<br>2447 NW Canyon<br>Redmond, OR 97756<br><br>David Chapman<br>78505 Old Avenue 52<br>Quinta, CA 92253 | Kevin Warner<br>c/o Eric Helmy<br>Helmy Law<br>222 SW Columbia Ave.<br>Portland, OR 97204 |
| Kameron DeLashmutt<br>2447 NW Canyon<br>Redmond, OR 97756<br><br>Parker Group Investments, LLC<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068<br><br>Jeffrey Parker<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068<br><br>Bill Wilt<br>1750 Blankenship Rd Suite 200<br>West Linn, OR 97068 | Agnes DeLashmutt<br>4048 NW Xavier<br>Redmond, OR 97756 |

In re  Thornburgh Resort Company, I  ,                                    Case No.  11-31897-tmb11
_____                                              _____
    **Debtor**                                                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __55__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                                            Debtor

Date _____        Signature: _____
                                                                                     (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                              Social Security No.
of Bankruptcy Petition Preparer                                         *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Manager _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  limited liability company _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __55__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  04/08/2011 _____

                                          Signature:  /s/ Kameron DeLashmutt _____

                                                           Kameron DeLashmutt _____
                                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

## District of Oregon

In re: Thornburgh Resort Company LLC ,        Case No. 11-31897-tmb11
_____              _____
             Debtor                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

**2.    Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                          SOURCE

See Attachment 2

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None



c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

See Attachment 4

---

None



b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

4

**6.    Assignments and receiverships**

None


a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None


b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.    Gifts**

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.    Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

|  | DATE OF PAYMENT, | AMOUNT OF MONEY OR |
|---|---|---|
| NAME AND ADDRESS | NAME OF PAYER IF | DESCRIPTION AND |
| OF PAYEE | OTHER THAN DEBTOR | VALUE OF PROPERTY |

See Attachment 9

---

**10.  Other transfers**

None ☐    a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, | | DESCRIBE PROPERTY |
|---|---|---|
| RELATIONSHIP TO DEBTOR | | TRANSFERRED AND |
|  | DATE | VALUE RECEIVED |

See Attachment 10a

None ☑    b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER | DATE(S) OF | AMOUNT OF MONEY OR DESCRIPTION |
|---|---|---|
| DEVICE | TRANSFER(S) | AND VALUE OF PROPERTY OR DEBTOR'S |
|  |  | INTEREST IN PROPERTY |

---

**11.  Closed financial accounts**

None ☑    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | TYPE OF ACCOUNT, LAST FOUR | AMOUNT AND |
|---|---|---|
| NAME AND ADDRESS | DIGITS OF ACCOUNT NUMBER, | DATE OF SALE |
| OF INSTITUTION | AND AMOUNT OF FINAL BALANCE | OR CLOSING |

**12.  Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.   Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico,  Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None
☑

a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

See Attachment 19a.

None
☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Bere Lindley | 1537 West Center St. Manteca, CA 95337 | 12/07 - 3/09 |

None ☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ☐  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

Parker Group Investments, LLC
15250 Blankenship Rd # 200, West Linn OR

**20.  Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                     |                       | DOLLAR AMOUNT OF  INVENTORY |
| DATE OF INVENTORY   | INVENTORY SUPERVISOR  | (Specify cost, market or other basis) |

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|                     | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY   | OF INVENTORY RECORDS |

**21 .  Current Partners, Officers, Directors and Shareholders**

None ☐  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS          NATURE OF INTEREST      PERCENTAGE OF INTEREST

See Attachment 21a

None ☑  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                     |        | NATURE AND PERCENTAGE |
| NAME AND ADDRESS    | TITLE  | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None 

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                    ADDRESS                DATE OF WITHDRAWAL

None 

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None 

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                    AMOUNT OF MONEY
OF RECIPIENT,                                          OR DESCRIPTION
RELATIONSHIP TO DEBTOR        DATE AND PURPOSE        AND VALUE OF PROPERTY
                                OF WITHDRAWAL

**24. Tax Consolidation Group.**

None 

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None 

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER-IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature
of Debtor _____

Date _____

Signature of
Joint Debtor
(if any) _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  04/08/2011 _____

Signature  /s/ Kameron DeLashmutt _____

Print Name and
Title  Manager _____

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

3  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

_____          _____

Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.***

Thornburgh Resort Company, LLC                                    Case No. 11-31879-tmb11

## ATTACHMENT  2  STATEMENT OF AFFAIRS

| AMOUNT | SOURCE |
|---|---|
| $48,667 | Genesis paid TRC for expenses relating to DSL Lease |
| $71,875 | Genesis reimbursed TRC for payments made for Big Falls water rights |

## ATTACHMENT  4  STATEMENT OF AFFAIRS

| CAPTION OF SUIT COURT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION |
|---|---|---|
| Keith and Conida Cyrus and The Trail Crossing Trust v. Deschutes County and Central Electric Cooperative, # 9CV1233ST | Claim to remove power poles | Deschutes Co. Circuit Court, Deschutes County, Oregon |
| Traditions NW Ventures, LLC v. Gary Mattox 9CV0935ST | Arbitration seeking money damages | Arbitration award entered as judgment, Circuit Court |
| Thornburgh Resort Company LLC v. Parker Group Investments, LLC et al. (no number assigned) | Arbitration seeking money damages | Settled |
| A Gould v. Deschutes County and Thornburgh Resort Company, LLC, #  2008203 | Appeal to LUBA re Final Master Plan | Land Use Board of Appeals; partial remand pending |
| A Gould v. Deschutes County and Thornburgh Resort Company, LLC, #  A143430 | Appeal to Oregon Ct of Appeals re FMP | Oregon Court of Appeals |

## ATTACHMENT 9 STATEMENT OF AFFAIRS

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gary Underwood Scharff, Esq. 621 SW Morrison St #1300 Portland, OR 97205 | Genesis Development Group made the following payments:  10/02/10 | $1,537.40 |
| | 11/10/10 | $354.00 |
| | 2/8/11 | $1,000.00 |
| | 2/10/2011 | $2,000.00 |

Thornburgh Resort Company, LLC                                    Case No. 11-31879-tmb11

|  | 3/1/11 | $10,000.00 |
|---|---|---|
|  | 3/10/11 | $30,000.00 |

## ATTACHMENT 10a  STATEMENT OF AFFAIRS

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Genesis Development Group, LLC 2447 NW Canyon Redmond, OR  97756 Beneficial owner of TRC | 6/19/2009 | Assumed TRC's DSL lease, and related obligations of $48,667 |

## ATTACHMENT 19a  STATEMENT OF AFFAIRS

| NAME AND ADDRESS | DATES OF SERVICES RENDERED |
|---|---|
| Bere Lindley 1537 West Center St. Manteca, CA  95337 | 12/07-3/09 |
| Kameron DeLashmutt 2447 NW Canyon Redmond, OR  97756 | 2004-2011 |

## ATTACHMENT 21a STATEMENT

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Central Resort Company, LLC PO Box 264 Bend, OR  97756 | Member | Owns 100% of Thornburgh Resort Company, LLC |
| Lisa DeLashmutt 2447 NW Canyon Redmond OR 97756 | Beneficial Owner (10%) | Owns 10% of Central Resort Company, LLC |
| Genesis Development Group, LLC PO Box 264 Bend OR 97756 | Beneficial Owner | Owns 90% of Central Resort Company, LLC |
| Kameron DeLashmutt, 2447 NW Canyon, Redmond OR 97756 | Beneficial Owner (90%) Manager | Owns 100% of Genesis Development Group, LLC |

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of ___OREGON_____.

**In re**

Thornburgh Resort Company, LLC

Case No.   <u>11-31897-tmb</u>11

**Debtor**

Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . .
*Current hourly rates as noted in employment application · · · · · · · $._____ *

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . $.<u>$44,892.00</u>

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $._____ **

2. The source of the compensation paid to me was:

**\*\*$13,634.90 paid prior to petition date; $31,257.10 in retainer on petition date; $20,000 remaining due for retainer deposit.**

[X] Debtor          [X] Other (specify)
                    Genesis Development Group, LLC ("GDG"), affiliate of debtor (parent)

3. The source of compensation to be paid to me is:

[X] Debtor          [X] Other (specify)
                    GDG (subject to court approval)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Tax advice not included.
    Real estate transactions representation not included.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

    3-21-2011             /s/ Gary Underwood Scharff
_____       _____
*Date*                           *Signature of Attorney*

                          Law Office of Gary Underwood Scharff
                    _____
                            *Name of law firm*