**Gary Underwood Scharff,** OSB No.  883031
    Direct Dial: (503) 493-4353
    Facsimile:  (503) 273-9135
    E-mail:    gs@scharfflaw.com
**Law Office of Gary Underwood Scharff**
1300 American Bank Building
621 SW Morrison Street
Portland, Oregon 97205
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>**Thornburgh Resort Company, LLC,**<br><br>           Debtor. | Bankruptcy Case No. 11-31897-tmb11<br><br>**DEBTOR'S CASE MANAGEMENT CONFERENCE MATERIALS**<br><br>**Conference to be held:**<br>April 19, 2011, 1:30 pm<br>Courtroom #4<br>United States Bankruptcy Court<br>1001 SW Fifth Ave #700<br>Portland, OR 97204 |

      Pursuant to the Court's Order Setting Scheduling and Case Management Conference

and Notice of Possible Dismissal (Dkt #15), debtor Thornburgh Resort Company, LLC

hereby respectfully submits the following memorandum and exhibit materials required for

their Case Management Conference.

Page 1 of 4 – **DEBTOR'S CASE MANAGEMENT CONFERENCE MATERIALS**

LAW OFFICE OF GARY UNDERWOOD SCHARFF
1300 American Bank Building
621 SW Morrison Street
Portland, Oregon  97205
Telephone (503) 493-4353
Facsimile  (503) 517-8143

**Preliminary Statement**

1.      Debtor's business is the development and operation of a destination resort on a parcel of land (the "Property") of approximately1860 acres in Redmond, Oregon (the "resort"). Debtor holds an option for another 160 acres. The resort began in 2005 as a proposal of Kameron DeLashmutt and his entities, Genesis Development Group, LLC ("GDG") and Central Resort Company, LLC ("CRC").[1] The resort includes three golf courses, lots for 1150 homes and overnight units, a hotel, water and utility companies, a real estate sales and marketing company, and substantial other resort improvements.

2.      Debtor has retained several financing experts to develop funding for the resort, with mixed results. Of the funds raised for development, debtor has spent heavily on obtaining land use permits, and responding to challenges to those permits, related to the development. A "final master plan" has been completed, and challenged. As a result of difficulties in finance and permitting debtor is behind on his development schedule. Prior to the petition date debtor was confronted with an effort to foreclose against the Property. Debtor has new money sources that he expects to fund over the coming weeks, allowing completion of the permitting process and acquisition of water rights. Those items are expected to substantially increase the value of the Property.

---

[1] GDG is wholly owned by Kameron DeLashmutt and owns 90% of CRC, which is the sole owner and member of debtor. Kameron DeLashmutt's wife, Lisa DeLashmutt, owns the remaining 10% of CRC.

Page 2 of 4 – **DEBTORS' CASE MANAGEMENT CONFERENCE MATERIALS**

LAW OFFICE OF GARY UNDERWOOD SCHARFF
1300 American Bank Building
621 SW Morrison Street
Portland, Oregon 97205
Telephone (503) 493-4353
Facsimile  (503) 517-8143

**Debtors' Case Management Materials**

3.      Attached hereto as **Exhibit A** is a 120-day weekly cash flow analysis of the debtor's business.

4.      Attached hereto as **Exhibit B** is a summary of historical financial information for 2008 and 2009.[2]

5.      Attached hereto as **Exhibit C** is a statement of income and expenses since the date of filing of the petition, indicating amounts of paid and unpaid expenses.

6.      Attached hereto as **Exhibit D** is a budget with amounts the debtors expect to incur for professional services during the next 120 days of the Chapter 11 case, on a monthly basis.

DATED this 12th day of April, 2011.

By: /s/ Gary Underwood Scharff
Gary Underwood Scharff
Attorney for Debtors

---

[2] Summary financial information for 2010 to follow shortly by supplemental submission.

Page 3 of 4 – **DEBTORS' CASE MANAGEMENT CONFERENCE MATERIALS**

LAW OFFICE OF GARY UNDERWOOD SCHARFF
1300 American Bank Building
621 SW Morrison Street
Portland, Oregon  97205
Telephone (503) 493-4353
Facsimile   (503) 517-8143

`

| Item | 12-Apr | 18-Apr | 25-Apr | 2-May | 9-May | 16-May | 23-May | 30-May |
|---|---|---|---|---|---|---|---|---|
| **Sources** | | | | | | | | |
| Collections | $ 3,111 | | | | | | | |
| Retainers/Deposits | $ 34,500 | | | | | | | |
| Credit Facilities | | $ 2,500 | $ - | $ 42,500 | | $ 32,500 | | $ 42,500 |
| | | | | | | | | |
| **Total Sources** | $ 37,611 | $ 2,500 | $ - | $ 42,500 | $ - | $ 32,500 | $ - | $ 42,500 |
| | | | | | | | | |
| **Uses** | | | | | | | | |
| Salaries & Management | $ 1,500 | $ - | $ - | $ 6,000 | $ - | $ - | $ - | $ 6,000 |
| Travel | $ 207 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Utilities | $ 642 | $ - | | | | $ 750 | | |
| Property Insurance | $ 608 | $ 2,000 | | | | $ 190 | | |
| General and Admin | | | | $ 250 | | $ - | | |
| Accounting | | | | | | $ 1,000 | | |
| Legal | $ 34,323 | | | $ 30,000 | | $ 25,000 | | $ 30,000 |
| Consulting | | | | $ 5,000 | | $ 5,000 | | |
| Legal & Consult (Land Use) | | | | | | | | |
| Finance Related | | | | | | | | |
| | | | | | | | | |
| **Total Uses** | $ 37,280 | $ 2,200 | $ 200 | $ 41,450 | $ 200 | $ 32,140 | $ 200 | $ 36,200 |
| | | | | | | | | |
| Net Cash flow | $ 331 | $ 300 | $ (200) | $ 1,050 | $ (200) | $ 360 | $ (200) | $ 6,300 |
| Cummulative | $ 331 | $ 631 | $ 431 | $ 1,481 | $ 1,281 | $ 1,641 | $ 1,441 | $ 7,741 |

EXHIBIT A

| | 6-Jun | 13-Jun | 20-Jun | 27-Jun | 4-Jul | 11-Jul | 18-Jul | 25-Jul | 1-Aug | 8-Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $ 3,111.14 |
| | | | | | | | | | | | $ 34,500.00 |
| | | $ 30,000 | | $ 30,000 | | $ 15,000 | $ - | $ 27,500 | | $ 30,000 | $ 252,500.00 |
| | $ - | $ 32,500 | $ - | $ 30,000 | $ - | $ 15,000 | $ - | $ 27,500 | $ - | $ 30,000 | $ 292,611.14 |
| | $ - | $ - | $ - | $ 6,000 | $ - | $ - | $ - | $ - | $ 6,000 | $ - | $ 25,500.00 |
| | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 | $ 3,606.75 |
| | | $ 750 | | | | $ - | $ 750 | | | | $ 2,892.00 |
| | | $ 190 | | | | $ 190 | | | | $ 190 | $ 3,368.00 |
| | $ 250 | | | | $ 250 | | | | $ 250 | | $ 1,000.00 |
| | | $ 2,500 | | | | $ 2,500 | | | | | $ 6,000.00 |
| | | $ 25,000 | | $ 20,000 | | $ 10,000 | | $ 20,000 | | $ 30,000 | $ 224,323.00 |
| | $ 5,000 | | | $ 5,000 | | $ 5,000 | | | | | $ 25,000.00 |
| | | | | | | | | | | $ 500 | $ 500.00 |
| | | | | | | | | | | | $ - |
| | $ 5,450 | $ 28,640 | $ 200 | $ 31,200 | $ 450 | $ 17,890 | $ 950 | $ 20,200 | $ 6,450 | $ 30,890 | $ 292,189.75 |
| | $ (5,450) | $ 3,860 | $ (200) | $ (1,200) | $ (450) | $ (2,890) | $ (950) | $ 7,300 | $ (6,450) | $ (890) | $ 421.39 |
| | $ 2,291 | $ 6,151 | $ 5,951 | $ 4,751 | $ 4,301 | $ 1,411 | $ 461 | $ 7,761 | $ 1,311 | $ 421 | |

DRAFT



THORNBURGH
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Petty Cash | $           100.00 | | | 100.00 |
| Checking Accounts | 346.00 | | | 346.00 |
| Cash - Trustee Account | 852,000.00 | | | 852,000.00 |
| Accounts Receivable, Other | 5,100.00 | 50.00 | | 5,150.00 |
| Employee Advances | - | | | 0.00 |
| Commissions Paid in Advance | - | 0.00 | | 0.00 |
| Due From Thornburg Prop. LLC | 281,698.30 | | | 281,698.30 |
| See 754 Redemption Step Up | 8,016,474.00 | | | 8,016,474.00 |
| Land Held for Development | 600,000.00 | | | 600,000.00 |
| SDC - Project Wide | 8,906,192.19 | | | 8,906,192.19 |
| SDC - Tribute Lots | 364,998.83 | | | 364,998.83 |
| Indirect Capitalized Costs | - | | | 0.00 |
| SDC - Pinnacle Lots | 15,619.38 | | | 15,619.38 |
| HDC - Project Wide | 12,924,586.99 | | | 12,924,586.99 |
| HDC - Tribute Lots | 570,885.10 | | | 570,885.10 |
| HDC - Tribute Sudivision Spec | 2,875.00 | | | 2,875.00 |
| HDC - Tribute Amenities | 755,162.03 | | | 755,162.03 |
| Options - Land | - | | | 0.00 |
| Prepaid Expenses | - | | | 0.00 |
| **Total Current Assets** | 33,296,037.82 | 50.00 | 0.00 | 33,296,087.82 |
| **Property and Equipment** | | | | |
| Retained Assets/Amenities | 557,068.15 | | | 557,068.15 |
| Vehicles | 38,058.00 | | | 38,058.00 |
| Accum. Dep.-Buildings | (26,528.00) | | | (26,528.00) |
| Accum. Dep.-Office Furn&Equip | (14,845.00) | | | (14,845.00) |
| Accum. Dep.-Vehicles | (27,557.00) | | | (27,557.00) |
| Accum. Dep.-Computer Equip&Sof | (11,123.00) | | | (11,123.00) |
| **Total Property and Equipment** | 515,073.15 | 0.00 | 0.00 | 515,073.15 |
| **Other Assets** | | | | |
| Pre-Acquisition Costs (ss 195) | 16,812.37 | | | 16,812.37 |
| Organization Costs (ss 709) | 28,547.69 | | | 28,547.69 |
| Accumulated Amortization | (41,020.00) | | | (41,020.00) |
| **Total Other Assets** | 4,340.06 | 0.00 | 0.00 | 4,340.06 |
| **Total Assets** | 33,815,451.03 | 50.00 | 0.00 | 33,815,501.03 |

EXHIBIT B

DRAFT



T H O R N B U R G H
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
|  | **LIABILITIES AND CAPITAL** | | | |
| **Current Liabilities** | | | | |
| Visa - US Bank 0101 | 5,245.00 | | | 5,245.00 |
| Visa - US Bank 0119 | 5,377.00 | | | 5,377.00 |
| Accounts Payable, Other | 2,242,646.13 | 0.00 | | 2,242,646.13 |
| Payroll & P/R Taxes Payable | 13,682.89 | | | 13,682.89 |
| Notes Payable - Other Current | 99,016.00 | | | 99,016.00 |
| Notes Payable-Genesis Group | 719,090.76 | | | 719,090.76 |
| Note Payable-Big Falls Ranch | 0.00 | | | 0.00 |
| Note Payable-Agnes DeLashmutt | 875,000.00 | | | 875,000.00 |
| Notes Payable - Parker Group | 1,188,729.62 | | | 1,188,729.62 |
| Notes Payable - Chap/Matt Curr | 5,000,000.00 | | | 5,000,000.00 |
| Note Payable - Trail Crossing | 122,000.00 | | | 122,000.00 |
| Customer Deposits | 852,000.00 | | | 852,000.00 |
| Interest Payable | 2,124,902.16 | | | 2,124,902.16 |
| **Total Current Liabilities** | 13,247,689.56 | 0.00 | 0.00 | 13,247,689.56 |
| **Long-Term Liabilities** | | | | |
| Option - Land Agnes | 0.00 | | | 0.00 |
| Note Payable-Price | 150,000.00 | | | 150,000.00 |
| Parker-Sterling Loan | 10,955,999.50 | | | 10,955,999.50 |
| Notes Payble - Parker Group | 10,000,000.00 | | | 10,000,000.00 |
| Notes Payable - Chapman/Mattox | 0.00 | | | 0.00 |
| Founder's Monies | 12,500,000.00 | | | 12,500,000.00 |
| **Total Long-Term Liabilities** | 33,605,999.50 | 0.00 | 0.00 | 33,605,999.50 |
| **Total Liabilities** | 46,853,689.06 | 0.00 | 0.00 | 46,853,689.06 |
| **Capital** | | | | |
| Capital-Central Resort LLC | 20,000.00 | | | (1,400.68) |
| Retained Earnings | (9,028,690.28) | | | (9,028,690.28) |
| Capital-Chapman/Mattox | 0.00 | | | 0.00 |
| Redeemed Int. - Chapman/Mattox | (10,000,000.00) | | | (10,000,000.00) |
| Extraordinary Gain | 6,543,471.93 | | | |
| Net Income | (573,019.68) | 0.00 | | (573,019.68) |
| **Total Capital** | (13,038,238.03) | 0.00 | 0.00 | (19,603,110.64) |
| **Total Liabilities & Capital** | 33,815,451.03 | 0.00 | 0.00 | 27,250,578.42 |



THORNBURGH
RESORT COMPANY

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| **Revenues** |  |  |  |  |
| Sales, land held for develop | - | - | - | - |
| Sales, developed lots | - | - | - | - |
| Sales, remodel | - | - | - | - |
| Sales, Other | - | - | - | - |
| Income on Installment Sales | - | - | - | - |
| Commission Income | - | - | - | - |
| Construction Management Fee In | - | - | - | - |
| Miscellaneous Income | - | - | - | - |
| Misc. Income - Sub. Allocation | - | - | - | - |
| Interest Income | - | - | - | - |
| Earned Discounts | - | - | - | - |
| Sales Concessions & Discounts | - | - | - | - |
| **Total Revenues** | - | - | - | - |
| **Cost of Sales** |  |  |  |  |
| Cost of Sales, land held devel | - | - | - | - |
| Cost of Sales, developed Lots | - | - | - | - |
| Cost of Sales, Remodel | - | - | - | - |
| Cost of Sales, Other | - | - | - | - |
| **Total Cost of Sales** | - | - | - | - |
| **Gross Profit** | - | - | - | - |
| **Expenses** |  |  |  |  |
| Production Wages & Salaries | - |  | - | - |
| Prod. SST - ER | - |  | - | - |
| Prod. Medicare Tax - ER | - |  | - | - |
| Prod. FUTA | - |  | - | - |
| Prod. SUTA | - |  | - | - |
| Prod. WC | (2,630.95) |  | - | (2,630.95) |
| Prod. WC Day Tax | - |  | - | - |
| Employee Benefits | - |  | - | - |
| Prod. - Misc. Supplies & Other | 492.88 |  | - | 492.88 |
| Transferred to Job Cost | - |  |  | - |
| Worker's Comp Insurance | - | - | - | - |
| S&M, WC - ER Day Tax | - |  |  | - |
| Payroll related benefits | - | - | - | - |
| Sales Office expense | - | - | - | - |
| Land Lease Expense | - | - | - | - |
| Advertising | - | - | - | - |
| Promotion | - | - | - | - |
| Internet, Web page related | - | - | - | - |
| Marketing Communications | - | - | - | - |
| Marketing Studies & Reports | - | - | - | - |
| Agency Commissions | - | - | - | - |
| Multiple Listing fees | - | - | - | - |
| Public Relations | - | - | - | - |
| Referral Fees | - | - | - | - |
| Travel & Auto | 10,317.23 | - | - | 10,317.23 |
| Meals & Entertainment | - | - | - | - |
| Customer Business Entertainmen | - | - | - | - |
| Other Sales & Marketing Expens | - | - | - | - |

**Thornburgh Resort Confidential**                    DRAFT                    Page 1

DRAFT



THORNBURGH
RESORT COMPANY

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| Guaranteed Pmts to Members |  | - | - | - |
| Directors' Fees | - |  |  | - |
| Salaries, Officers | - | - | - | - |
| Salaries, Management | - | - | - | - |
| Wages, Office & Clerical | 6,399.00 | - | - | 6,399.00 |
| SST - ER | 275.00 | - | - | 275.00 |
| Medicare Tax - ER | 65.00 | - | - | 65.00 |
| FUTA | 43.00 | - | - | 43.00 |
| SUTA | 112.00 | - | - | 112.00 |
| Workers' Compensation Ins. | - | - | - | - |
| WC - ER Day Tax | 6.00 | - | - | 6.00 |
| Health & Accident Insurance | - | - | - | - |
| Other Employee benefits | - | - | - | - |
| Equipment rental | 3,032.50 | - | | 3,032.50 |
| Repairs & Maintenance Office | 1,564.78 | - | | 1,564.78 |
| Utilities, admin. office | 2,031.70 | - | | 2,031.70 |
| Telephone, admin. office | 7,626.34 | - | | 7,626.34 |
| Travel & Entertainment | - | - | | - |
| Office Supplies, admin, office | 2,690.35 | - | | 2,690.35 |
| Postage & deliveries | 350.95 | - | | 350.95 |
| Computer & supplies | - | - | | - |
| Accounting services | 50,341.00 | - | | 50,341.00 |
| Legal services | 71,916.30 | - | | 71,916.30 |
| Consulting services | 75,000.00 | - | - | 75,000.00 |
| Recruiting & hiring | - | - | - | - |
| Rent Expense | 285,192.00 | - | - | 285,192.00 |
| Other professional expenses | - | - | - | - |
| Hazard/Property Insurance | 2,985.25 | - | - | 2,985.25 |
| General Liability Insurance | 2,268.40 | - | - | 2,268.40 |
| Key Man Insurance | 18,153.25 | - | - | 18,153.25 |
| Taxes & Licenses | (1,124.32) | - | - | (1,124.32) |
| Contributions | 200.00 | - | - | 200.00 |
| Dues & Subscriptions | 500.00 | - | - | 500.00 |
| Bank Charges | 4,498.27 | - | - | 4,498.27 |
| Non-deductible | | - | - | - |
| Misc. expenses, admin. office | - | - | - | - |
| Suspense | - | - | - | - |
| Loss on Property Abandonment | - | | | - |
| Extraordinary Loss - Warner | - | | | - |
| Extraordinary Loss- Redemption | - | | | - |
| Total Expenses | 573,019.68 | - | - | 573,019.68 |
| Net Income | (573,019.68) | - | - | (573,019.68) |



# THORNBURGH
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2008

| | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Petty Cash | $    100.00 | | | 100.00 |
| US Bank #6918 | - | 1.00 | | 1.00 |
| Umpqua Checking - Bend -7411 | 100.17 | | | 100.17 |
| Umpqua Chkg - Lake Osw - 9960 | 62.58 | | | 62.58 |
| USNB #1 536 5660 7147 | 3,989.10 | | | 3,989.10 |
| Cash - Trustee Account | 1,360,000.00 | | | 1,360,000.00 |
| Accounts Receivable, Other | 7,600.10 | 50.00 | | 7,650.10 |
| Employee Advances | - | | | 0.00 |
| Commissions Paid in Advance | | 714,675.00 | | 714,675.00 |
| Due From Thornburg Prop. LLC | 995,490.59 | | (995,490.59) | 0.00 |
| SDC - Project Wide | 7,751,736.78 | | | 7,751,736.78 |
| SDC - Tribute Lots | 364,998.83 | | | 364,998.83 |
| SDC - Pinnacle Lots | 15,619.38 | | | 15,619.38 |
| HDC - Project Wide | 12,994,873.99 | | | 12,994,873.99 |
| HDC - Tribute Lots | 570,885.10 | | | 570,885.10 |
| HDC - Tribute Sudivision Spec | 2,875.00 | | | 2,875.00 |
| HDC - Tribute Amenities | 755,162.03 | | | 755,162.03 |
| Prepaid Expenses | 24,000.00 | | | 24,000.00 |
| **Total Current Assets** | 24,847,493.65 | 714,726.00 | (995,490.59) | 24,566,729.06 |
| **Property and Equipment** | | | | |
| Retained Assets/Amenities | 2,008,306.26 | | | 2,008,306.26 |
| Vehicles | 38,058.00 | | | 38,058.00 |
| Accum. Dep.-Buildings | (5,794.22) | | | (5,794.22) |
| Accum. Dep.-Office Furn&Equip | (11,702.15) | | | (11,702.15) |
| Accum. Dep.-Vehicles | (20,931.90) | | | (20,931.90) |
| Accum. Dep.-Computer Equip&Sof | (7,652.30) | | | (7,652.30) |
| **Total Property and Equipment** | 2,000,283.69 | 0.00 | 0.00 | 2,000,283.69 |
| **Other Assets** | | | | |
| Options | 28,720.00 | | | |
| Pre-Acquisition Costs (ss 195) | 16,812.37 | | | 16,812.37 |
| Organization Costs (ss 709) | 28,547.69 | | | 28,547.69 |
| Accumulated Amortization | (18,872.83) | | | (18,872.83) |
| **Total Other Assets** | 55,207.23 | 0.00 | 0.00 | 55,207.23 |
| **Total Assets** | 26,902,984.57 | 714,726.00 | (995,490.59) | 26,622,219.98 |



THORNBURGH
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2008

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
| **LIABILITIES AND CAPITAL** | | | | |
| **Current Liabilities** | | | | |
| Visa - US Bank 0101 | 4,051.68 | | | 4,051.68 |
| Visa - US Bank 0119 | 4,801.96 | | | 4,801.96 |
| Accounts Payable, Other | 2,242,323.86 | 180.38 | | 2,242,504.24 |
| Due to TRC | 0.00 | 995,490.59 | (995,490.59) | 0.00 |
| Payroll & P/R Taxes Payable | 14,083.39 | | | 14,083.39 |
| Notes Payable - Other Current | 99,016.00 | | | 99,016.00 |
| Notes Payable-Genesis | 300,000.00 | | | 300,000.00 |
| Note Payable-Big Falls Ranch | 16,875.00 | | | |
| Note Payable-Agnes DeLashmutt | 615,000.00 | | | 615,000.00 |
| Notes Payable - Parker Group | 1,188,729.62 | | | 1,188,729.62 |
| Notes Payable - Chap/Matt Curr | 2,500,000.00 | | | 2,500,000.00 |
| Note Payable - Trail Crossing | 122,000.00 | | | |
| Customer Deposits | 1,360,000.00 | | | 1,360,000.00 |
| Interest Payable | 1,322,793.80 | | | 1,322,793.80 |
| **Total Current Liabilities** | 9,789,675.31 | 995,670.97 | (995,490.59) | 9,789,855.69 |
| **Long-Term Liabilities** | | | | |
| Note Payable-Price | 150,000.00 | | | 150,000.00 |
| Parker-Sterling Loan | 10,955,999.50 | | | 10,955,999.50 |
| Notes Payble - Parker Group | 10,000,000.00 | | | 10,000,000.00 |
| Notes Payable - Chapman/Mattox | 2,500,000.00 | | | 2,500,000.00 |
| Founder's Monies | 12,500,000.00 | | | 12,500,000.00 |
| **Total Long-Term Liabilities** | 36,105,999.50 | 0.00 | 0.00 | 36,105,999.50 |
| **Total Liabilities** | 45,895,674.81 | 995,670.97 | (995,490.59) | 45,895,855.19 |
| **Capital** | | | | |
| Capital-Central Resort LLC | 10,000.00 | | | 10,000.00 |
| Retained Earnings | (7,875,798.47) | (247,081.08) | | (8,122,879.55) |
| Capital-Chapman/Mattox | 26,000.00 | | | 26,000.00 |
| Redeemed Int. - Chapman/Mattox | (10,000,000.00) | | | (10,000,000.00) |
| Net Income | (1,152,891.77) | (33,863.89) | | (1,186,755.66) |
| **Total Capital** | (18,992,690.24) | (280,944.97) | 0.00 | (19,273.635.21) |
| **Total Liabilities & Capital** | 26,902,984.57 | 714,726.00 | (995,490.59) | 26,622,219.98 |



**THORNBURGH**
RESORT COMPANY

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2008

| | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| **Revenues** | | | | |
| Sales, land held for develop | - | - | - | - |
| Sales, developed lots | - | - | - | - |
| Sales, remodel | - | - | - | - |
| Sales, Other | - | - | - | - |
| Income on Installment Sales | - | - | - | - |
| Commission Income | - | - | - | - |
| Construction Management Fee In | - | - | - | - |
| Miscellaneous Income | 500.00 | - | - | - |
| Misc. Income - Sub. Allocation | 6,973.63 | - | - | 500.00 |
| Interest Income | | - | (6,973.63) | - |
| Earned Discounts | - | - | - | - |
| Sales Concessions & Discounts | - | - | - | - |
| | | | | |
| **Total Revenues** | 7,473.63 | - | (6,973.63) | 500.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Cost of Sales, land held devel | - | - | - | - |
| Cost of Sales, developed Lots | - | - | - | - |
| Cost of Sales, Remodel | - | - | - | - |
| Cost of Sales, Other | - | - | - | - |
| | | | | |
| **Total Cost of Sales** | - | - | - | - |
| | | | | |
| **Gross Profit** | 7,473.63 | - | (6,973.63) | 500.00 |
| | | | | |
| **Expenses** | | | | |
| Production Wages & Salaries | 72,880.88 | | - | 72,880.88 |
| Prod. SST - ER | 5,366.49 | | - | 5,366.49 |
| Prod. Medicare Tax - ER | 1,056.74 | | - | 1,056.74 |
| Prod. FUTA | 56.00 | | - | 56.00 |
| Prod. SUTA | 5,337.40 | | - | 5,337.40 |
| Prod. WC | - | | - | - |
| Prod. WC Day Tax | 49.94 | | - | 49.94 |
| Employee Benefits | 185.58 | | - | 185.58 |
| Prod. - Misc. Supplies & Other | - | | - | - |
| Transferred to Job Cost | - | | - | - |
| S&M Manager, Salaries | (25,000.00) | | | (25,000.00) |
| Salaries, sales personnel | | - | - | - |
| Sales commissions, in-house | - | - | - | - |
| Sales commissions, outside | - | - | - | - |
| Other sales office wages | - | - | - | - |
| S&M - SST - ER | - | - | - | - |
| S&M, Medicare Tax - ER | - | - | - | - |
| S&M, FUTA | - | | | - |
| S&M, SUTA | - | | | - |
| Worker's Comp Insurance | - | | | - |
| S&M, WC - ER Day Tax | - | - | - | - |
| Payroll related benefits | - | | | - |
| Sales Office expense | 1,051.35 | - | - | 1,051.35 |
| Land Lease Expense | - | - | - | - |
| Advertising | - | - | - | - |
| Promotion | - | - | - | - |
| Internet, Web page related | 109.45 | - | - | 109.45 |
| Marketing Communications | - | - | - | - |



THORNBURGH
■■■■■■ ■■■■■■■

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2008

| | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| Marketing Studies & Reports | - | - | - | - |
| Agency Commissions | - | - | - | - |
| Multiple Listing fees | - | - | - | - |
| Public Relations | 510.54 | - | - | - |
| Referral Fees | - | - | - | 510.54 |
| Travel & Auto | 32,083.86 | 16,192.27 | - | - |
| Meals & Entertainment | 3,892.44 | 980.91 | - | 48,276.13 |
| Customer Business Entertainmen | - | - | - | 4,873.35 |
| Other Sales & Marketing Expens | - | 287.08 | - | - |
| Guaranteed Pmts to Members | 242,625.00 | - | - | 287.08 |
| Directors' Fees | - | - | - | 242,625.00 |
| Salaries, Officers | - | - | - | - |
| Salaries, Management | - | - | - | - |
| Wages, Office & Clerical | 18,956.40 | - | - | - |
| SST - ER | 1,175.30 | - | - | 18,956.40 |
| Medicare Tax - ER | 274.89 | - | - | 1,175.30 |
| FUTA | 55.99 | - | - | 274.89 |
| SUTA | 509.64 | - | - | 55.99 |
| Workers' Compensation Ins. | 2,806.40 | - | - | 509.64 |
| WC - ER Day Tax | 20.98 | - | - | 2,806.40 |
| Health & Accident Insurance | 4,364.07 | 7,800.00 | - | 20.98 |
| Other Employee benefits | - | - | - | 12,164.07 |
| Equipment rental | 5,149.13 | 1,150.23 | (1,150.23) | - |
| Repairs & Maintenance Office | 9,644.25 | 1,505.66 | (1,505.66) | 5,149.13 |
| Utilities, admin. office | 5,497.22 | 956.49 | (956.49) | 9,644.25 |
| Telephone, admin. office | 7,709.10 | 1,324.12 | (1,324.12) | 5,497.22 |
| Travel & Entertainment | 702.19 | - | - | 7,709.10 |
| Office Supplies, admin, office | 3,002.35 | 382.80 | (382.80) | 702.19 |
| Postage & deliveries | 1,134.20 | 121.26 | (121.26) | 3,002.35 |
| Computer & supplies | 9,394.26 | 1,533.07 | (1,533.07) | 1,134.20 |
| Accounting services | 34,270.70 | - | - | 9,394.26 |
| Legal services | 102,862.53 | - | - | 34,270.70 |
| Consulting services | 150,533.72 | - | - | 102,862.53 |
| Recruiting & hiring | - | - | - | 150,533.72 |
| Rent Expense | 285,192.00 | - | - | - |
| Other professional expenses | - | - | - | 285,192.00 |
| Hazard/Property Insurance | 10,393.10 | - | - | - |
| General Liability Insurance | (991.75) | - | - | 10,393.10 |
| Other Insurance | 43,567.80 | - | - | (991.75) |
| Taxes & Licenses | 9,413.87 | - | - | 43,567.80 |
| Contributions | 2,500.00 | - | - | 9,413.87 |
| Dues & Subscriptions | 3,586.00 | 1,630.00 | - | 2,500.00 |
| Bank Charges | 4,566.15 | - | - | 5,216.00 |
| Non-deductible | 954.62 | - | - | 4,566.15 |
| Misc. expenses, admin. office | 1,499.07 | - | - | 954.62 |
| Suspense | - | - | - | 1,499.07 |
| Loss on Property Abandonment | - | - | - | - |
| Extraordinary Loss - Warner | - | - | - | - |
| Extraordinary Loss- Redemption | - | - | - | - |
| Total Expenses | 1,160,365.40 | 33,863.89 | (6,973.63) | 1,187,255.66 |
| Net Income | (1,152,891.77) | (33,863.89) | - | (1,186,755.66) |

DRAFT



T H O R N B U R G H
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Petty Cash | $ 100.00 | | | |
| Checking Accounts | 346.00 | | | 100.00 |
| Cash - Trustee Account | 852,000.00 | | | 346.00 |
| Accounts Receivable, Other | 5,100.00 | 50.00 | | 852,000.00 |
| Employee Advances | - | | | 5,150.00 |
| Commissions Paid in Advance | | 0.00 | | 0.00 |
| Due From Thornburg Prop. LLC | 281,698.30 | | | 0.00 |
| Sec 754 Redemption Step Up | 8,016,474.00 | | | 281,698.30 |
| Land Held for Development | 600,000.00 | | | 8,016,474.00 |
| SDC - Project Wide | 8,906,192.19 | | | 600,000.00 |
| SDC - Tribute Lots | 364,998.83 | | | 8,906,192.19 |
| Indirect Capitalized Costs | - | | | 364,998.83 |
| SDC - Pinnacle Lots | 15,619.38 | | | 0.00 |
| HDC - Project Wide | 12,924,586.99 | | | 15,619.38 |
| HDC - Tribute Lots | 570,885.10 | | | 12,924,586.99 |
| HDC - Tribute Sudivision Spec | 2,875.00 | | | 570,885.10 |
| HDC - Tribute Amenities | 755,162.03 | | | 2,875.00 |
| Options - Land | - | | | 755,162.03 |
| Prepaid Expenses | - | | | 0.00 |
|  | | | | 0.00 |
| **Total Current Assets** | 33,296,037.82 | 50.00 | 0.00 | 33,296,087.82 |
| **Property and Equipment** | | | | |
| Retained Assets/Amenities | 557,068.15 | | . | |
| Vehicles | 38,058.00 | | | 557,068.15 |
| Accum. Dep.-Buildings | (26,528.00) | | | 38,058.00 |
| Accum. Dep..-Office Furn&Equip | (14,845.00) | | | (26,528.00) |
| Accum. Dep.-Vehicles | (27,557.00) | | | (14,845.00) |
| Accum. Dep.-Computer Equip&Sof | (11,123.00) | | | (27,557.00) |
|  | | | | (11,123.00) |
| **Total Property and Equipment** | 515,073.15 | 0.00 | 0.00 | 515,073.15 |
| **Other Assets** | | | | |
| Pre-Acquisition Costs (ss 195) | 16,812.37 | | | |
| Organization Costs (ss 709) | 28,547.69 | | | 16,812.37 |
| Accumulated Amortization | (41,020.00) | | | 28,547.69 |
|  | | | | (41,020.00) |
| **Total Other Assets** | 4,340.06 | 0.00 | 0.00 | 4,340.06 |
| **Total Assets** | 33,815,451.03 | 50.00 | 0.00 | 33,815,501.03 |

DRAFT

DRAFT



THORNBURGH
RESORT COMPANY

## Consolidated Balance Sheet

December 31, 2009

|  | Thornburgh Resort | Thornburgh Properties | Eliminations | Consolidated Total |
|---|---|---|---|---|
|  |  | LIABILITIES AND CAPITAL |  |  |
| **Current Liabilities** |  |  |  |  |
| Visa - US Bank 0101 | 5,245.00 |  |  | 5,245.00 |
| Visa - US Bank 0119 | 5,377.00 |  |  | 5,377.00 |
| Accounts Payable, Other | 2,242,646.13 | 0.00 |  | 2,242,646.13 |
| Payroll & P/R Taxes Payable | 13,682.89 |  |  | 13,682.89 |
| Notes Payable - Other Current | 99,016.00 |  |  | 99,016.00 |
| Notes Payable-Genesis Group | 719,090.76 |  |  | 719,090.76 |
| Note Payable-Big Falls Ranch | 0.00 |  |  | 0.00 |
| Note Payable-Agnes DeLashmutt | 875,000.00 |  |  | 875,000.00 |
| Notes Payable - Parker Group | 1,188,729.62 |  |  | 1,188,729.62 |
| Notes Payable - Chap/Matt Curr | 5,000,000.00 |  |  | 5,000,000.00 |
| Note Payable - Trail Crossing | 122,000.00 |  |  | 122,000.00 |
| Customer Deposits | 852,000.00 |  |  | 852,000.00 |
| Interest Payable | 2,124,902.16 |  |  | 2,124,902.16 |
| **Total Current Liabilities** | 13,247,689.56 | 0.00 | 0.00 | 13,247,689.56 |
| **Long-Term Liabilities** |  |  |  |  |
| Option - Land Agnes | 0.00 |  |  | 0.00 |
| Note Payable-Price | 150,000.00 |  |  | 150,000.00 |
| Parker-Sterling Loan | 10,955,999.50 |  |  | 10,955,999.50 |
| Notes Payble - Parker Group | 10,000,000.00 |  |  | 10,000,000.00 |
| Notes Payable - Chapman/Mattox | 0.00 |  |  | 0.00 |
| Founder's Monies | 12,500,000.00 |  |  | 12,500,000.00 |
| **Total Long-Term Liabilities** | 33,605,999.50 | 0.00 | 0.00 | 33,605,999.50 |
| **Total Liabilities** | 46,853,689.06 | 0.00 | 0.00 | 46,853,689.06 |
| **Capital** |  |  |  |  |
| Capital-Central Resort LLC | 20,000.00 |  |  |  |
| Retained Earnings | (9,028,690.28) |  |  | (1,400.68) |
| Capital-Chapman/Mattox | 0.00 |  |  | (9,028,690.28) |
| Redeemed Int. - Chapman/Mattox | (10,000,000.00) |  |  | 0.00 |
| Extraordinary Gain | 6,543,471.93 |  |  | (10,000,000.00) |
| Net Income | (573,019.68) | 0.00 |  | (573,019.68) |
| **Total Capital** | (13,038,238.03) | 0.00 | 0.00 | (19,603,110.64) |
| **Total Liabilities & Capital** | 33,815,451.03 | 0.00 | 0.00 | 27,250,578.42 |



# THORNBURGH
### RESORT COMPANY

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2009

| | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| **Revenues** | | | | |
| Sales, land held for develop | - | - | - | - |
| Sales, developed lots | - | - | - | - |
| Sales, remodel | - | - | - | - |
| Sales, Other | - | - | - | - |
| Income on Installment Sales | - | - | - | - |
| Commission Income | - | - | - | - |
| Construction Management Fee In | - | - | - | - |
| Miscellaneous Income | - | - | - | - |
| Misc. Income - Sub. Allocation | - | - | - | - |
| Interest Income | - | - | - | - |
| Earned Discounts | - | - | - | - |
| Sales Concessions & Discounts | - | - | - | - |
| | | | | |
| **Total Revenues** | | | | |
| | - | - | - | - |
| | | | | |
| **Cost of Sales** | | | | |
| Cost of Sales, land held devel | - | - | - | - |
| Cost of Sales, developed Lots | - | - | - | - |
| Cost of Sales, Remodel | - | - | - | - |
| Cost of Sales, Other | - | - | - | - |
| | | | | |
| **Total Cost of Sales** | | | | |
| | - | - | - | - |
| **Gross Profit** | | | | |
| | - | - | - | - |
| **Expenses** | | | | |
| Production Wages & Salaries | | | | |
| Prod. SST - ER | - | | - | - |
| Prod. Medicare Tax - ER | - | | - | - |
| Prod. FUTA | - | | - | - |
| Prod. SUTA | - | | - | - |
| Prod. WC | - | | - | - |
| Prod. WC Day Tax | (2,630.95) | | - | (2,630.95) |
| Employee Benefits | - | | - | - |
| Prod. - Misc. Supplies & Other | 492.88 | | - | 492.88 |
| Transferred to Job Cost | - | | - | - |
| Worker's Comp Insurance | - | | - | - |
| S&M, WC - ER Day Tax | - | - | - | - |
| Payroll related benefits | - | | - | - |
| Sales Office expense | - | - | - | - |
| Land Lease Expense | - | - | - | - |
| Advertising | - | - | - | - |
| Promotion | - | - | - | - |
| Internet, Web page related | - | - | - | - |
| Marketing Communications | - | - | - | - |
| Marketing Studies & Reports | - | - | - | - |
| Agency Commissions | - | - | - | - |
| Multiple Listing fees | - | - | - | - |
| Public Relations | - | - | - | - |
| Referral Fees | - | - | - | - |
| Travel & Auto | - | - | - | - |
| Meals & Entertainment | 10,317.23 | - | - | 10,317.23 |
| Customer Business Entertainmen | - | - | - | - |
| Other Sales & Marketing Expens | - | - | - | - |

DRAFT



THORNBURGH
RESORT COMPANY

Consolidated Income Statement
For the Calendar Year to Date
December 31, 2009

| | Thornburgh Resort | Thornburgh Properties | Eliminations | Thornburgh Resort - Consolidated |
|---|---|---|---|---|
| Guaranteed Pmts to Members | | - | - | |
| Directors' Fees | | | | |
| Salaries, Officers | - | - | - | - |
| Salaries, Management | - | - | - | - |
| Wages, Office & Clerical | - | - | - | - |
| SST - ER | 6,399.00 | - | - | 6,399.00 |
| Medicare Tax - ER | 275.00 | - | - | 275.00 |
| FUTA | 65.00 | - | - | 65.00 |
| SUTA | 43.00 | - | - | 43.00 |
| Workers' Compensation Ins. | 112.00 | - | - | 112.00 |
| WC - ER Day Tax | - | - | - | - |
| Health & Accident Insurance | 6.00 | - | - | 6.00 |
| Other Employee benefits | - | - | - | - |
| Equipment rental | - | - | - | - |
| Repairs & Maintenance Office | 3,032.50 | - | - | 3,032.50 |
| Utilities, admin. office | 1,564.78 | - | - | 1,564.78 |
| Telephone, admin. office | 2,031.70 | - | - | 2,031.70 |
| Travel & Entertainment | 7,626.34 | - | - | 7,626.34 |
| Office Supplies, admin, office | - | - | - | - |
| Postage & deliveries | 2,690.35 | - | - | 2,690.35 |
| Computer & supplies | 350.95 | - | - | 350.95 |
| Accounting services | - | - | - | - |
| Legal services | 50,341.00 | - | - | 50,341.00 |
| Consulting services | 71,916.30 | - | - | 71,916.30 |
| Recruiting & hiring | 75,000.00 | - | - | 75,000.00 |
| Rent Expense | - | - | - | - |
| Other professional expenses | 285,192.00 | - | - | 285,192.00 |
| Hazard/Property Insurance | - | - | - | - |
| General Liability Insurance | 2,985.25 | - | - | 2,985.25 |
| Key Man Insurance | 2,268.40 | - | - | 2,268.40 |
| Taxes & Licenses | 18,153.25 | - | - | 18,153.25 |
| Contributions | (1,124.32) | - | - | (1,124.32) |
| Dues & Subscriptions | 200.00 | - | - | 200.00 |
| Bank Charges | 500.00 | - | - | 500.00 |
| Non-deductible | 4,498.27 | - | - | 4,498.27 |
| Misc. expenses, admin. office | - | - | - | - |
| Suspense | - | - | - | - |
| Loss on Property Abandonment | - | - | - | - |
| Extraordinary Loss - Warner | - | | | - |
| Extraordinary Loss- Redemption | - | | | - |
| | | | | |
| Total Expenses | 573,019.68 | - | - | 573,019.68 |
| | | | | |
| Net Income | (573,019.68) | - | - | (573,019.68) |

**PROFIT/LOSS since 3/11/11**

| Revenue | | |
|---|---|---|
| Collections | $ | 3,111 |
| | | |
| Total Revenue | $ | 3,111 |

| Expenses | | |
|---|---|---|
| Salaries & Management | $ | 1,500 |
| Travel | $ | 207 |
| Utilities | $ | 642 |
| Insurance | $ | 608 |
| General and Admin | $ | - |
| Accounting | $ | - |
| Legal | $ | 34,323 |
| Consulting | $ | - |
| Legal & Consult (Land Use) | $ | - |
| Finance Related | $ | - |
| | | |
| Total Expenses | $ | 37,280 |
| | | |
| Income | $ | (34,169) |

**EXHIBIT C**

| Item | April | May | June | July | August | September | October |
|------|-------|-----|------|------|--------|-----------|---------|
| Gary Scharff Law (BK) | $ 30,000 | $ 30,000 | $ 20,000 | $ 20,000 | $ 30,000 | $ 20,000 | |
| Mountain Group (BK) | $ - | $ 10,000 | $ 5,000 | $ 5,000 | $ 5,000 | | |
| Attorney: Litigation Issues (BK) | | $ 15,000 | $ 15,000 | | | | |
| Attorney: Collection/Chapman | | $ 10,000 | $ 10,000 | $ 10,000 | $ - | | |
| Schwabe (Remand) | | | | | $ 500 | $ 30,000 | $ 30,000 |
| **Total** | $ 30,000 | $ 65,000 | $ 50,000 | $ 35,000 | $ 35,500 | $ 50,000 | $ 30,000 |

**EXHIBIT D**

| November | December |
| --- | --- |
| $  10,000 | $  10,000 |
| $  10,000 | $  10,000 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2011, I caused copies of the foregoing **DEBTOR'S CASE MANAGEMENT MATERIALS** to be served via EFC on the following interested parties:

US Trustee, Portland                                    USTPRegion18.PL.ECF@usdoj.gov

Justin D. Leonard                                       jleonard@bjllp.com, jweisenbach@balljanik.com

Steven M. Hedberg                                       shedberg@perkinscoie.com,
                                                        ltwombly@perkinscoie.com

Jeanette L. Thomas                                      JThomas@perkinscoie.com,

and by first class mail, postage prepaid, to:

Donald Kurtz
c/o Sandra L Knapp
Gawthrop Greenwood PC
P.O. Box 264
West Chester, PA 19381-0562

DATED this 12th day of April, 2011.

By ___/s/ Gary Underwood Scharff___
Gary Underwood Scharff, OSB #883031
Attorney for Thornburgh Resort Company, LLC

**CERTIFICATE OF SERVICE** - 1