5/18/2011                           **WEDNESDAY**                    **Judge Trish M Brown**

09:00 AM        ■ 11-31897 tmb 11    **Thornburgh Resort Company, LLC**
CR 4

**Notice of Hearing and Motion for Relief from Stay Loyal Land, LLC and Supporting Document(s) Filed by Creditor Loyal Land, LLC Hearing Scheduled for 4/5/2011 at 10:00 AM at Courtroom #4, Portland. (Attachments: # (1) Declaration of Terry Larson in Support of Loyal Land, LLC s Motion for Relief From Stay# (2) Declaration of Jeffrey Parker In Support of Loyal Land, LLC s Motion for Relief From Stay (Part 1 with Ex A)# (3) Part 2 - Exhibits B-E to Declaration of Jeffrey Parker in Support of Loyal Land, LLC s Motion for Relief From Stay) (HEDBERG, STEVEN) (13)**
**Continued Hearing RE: Motion by Loyal Land, LLC to Designate Case as a Single Asset Real Estate Case  Filed by Creditor Loyal Land, LLC (HEDBERG, STEVEN) (32)**

Thornburgh Resort Company, LLC    GARY U SCHARFF
Loyal Land, LLC - cr    STEVEN M HEDBERG

**Evidentiary Hearing:    Yes:** ☒ **No:** ☐        *Mr. English / Ms. Thomas / Mr. Hagaie*

*Hearing on Motion for Relief (13) and Motion to Designate as a Single Asset Real Estate Case Continued to May 31 and June 1 @ 9:00 Am if necessary.*

*Motion in Limine to Exclude parol evidence (Doc 78) granted*

*Motion in Limine to Limit & Sequence Presentation of Evidence (Doc 81) is denied*

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☒ *Ms Thomas on*

DOCKET ENTRY:                                                          *rulings on # 78/81*

In Re:                                      )     Case # 11-31897-tmb11

Thornburgh Resort Company LLC               )
                                            )
                                            )
                                            )
Debtor

# List of Persons Attending

### Date of Hearing  5/18/11

**PRINT YOUR NAME**                          **PRINT NAME OF BUSINESS OR**
                                            **PERSON YOU REPRESENT**

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
| --- | --- |
| Stephen English | Loyal Land |
| Jeanette Thomas | " " |
| Erick Haynie | " " |
| TERRY LARSEN | " " |
| Steven Cohn | PGI |
| JEFF PARKER | PGI |
| KAMERON DeLASHMUTT | DEBTOR |
| GARY SCHARFF | Counsel for debtor |
| Mary Egan | " " |
| Martha Pagel | Witness for debtor |
| Peter Livingston | Atty for " |
| Linda Swearingen | The Swearingen Group LLC |
| Dan STEINBERG | STERLING BANK |