6/2/2011                        **THURSDAY**                        **Judge Trish M Brown**

02:00 PM     ■ 11-31897 tmb 11     Thornburgh Resort Company, LLC
CR 4

                               Continued Final Hearing
                               1.) Notice of Hearing and Motion for Relief from Stay Loyal Land, LLC and Supporting Document(s) Filed by Creditor Loyal Land, LLC
                               2.) Motion by Loyal Land, LLC to Designate Case as a Single Asset Real Estate Case Filed by Creditor Loyal Land, LLC (HEDBERG, STEVEN) (32)

                               Thornburgh Resort Company, LLC    GARY U SCHARFF
                               Loyal Land, LLC - cr                  STEVEN M HEDBERG

**Evidentiary Hearing:**     Yes: ☐    No: ☐

Trial continued until 9:00 AM on 6/8/11 and can continue until 6/10/11. No further trial days will be allowed.

Debtor is order to produce immediately all SafeKeeping Receipts or other documents showing proof of Nehemiah Capital, LLC and DC-CD Holdings, LLC's $100,000,000 in coins.

Order to be prepared by:    ☐ clerk's office    ☐ chambers    ☐ _____

DOCKET ENTRY:

It is so ordered.

/s/ Trish M Brown

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUN - 3 2011

LODGED____ REC'D____
PAID____ DOCKETED____

Run Date: 6/2/2011