6/16/2011                           THURSDAY                                    Judge Trish M Brown
08:30 AM        ■ 11-31897 tmb 11   Thornburgh Resort Company, LLC
CR 4

**Ruling Re:**
1.) Motion for Relief from Stay Loyal Land, LLC and Supporting Document(s) Filed by Creditor Loyal Land, LLC (13)
2.) Motion by Loyal Land, LLC to Designate Case as a Single Asset Real Estate Case Filed by Creditor Loyal Land, LLC (HEDBERG, STEVEN) (32)

Thornburgh Resort Company, LLC · GARY U SCHARFF
Loyal Land, LLC - cr                 ~~STEVEN M HEDBERG~~ Mr English
                                     Ms Thomas

**Evidentiary Hearing:**  Yes: ☐  No: ☒

1. Loyal has "colorable claim"
2. Debtor is Single Asset Real Estate
3. Loyal is granted relief under § 362(d)(1) and (d)(2) and may be entitled to relief under 362(d)(3) if conditions are not met.
4. No foreclosure sale may occur prior to August 10, 2010

Order to be prepared by:  ☐ clerk's office  ☐ chambers  ☒ Ms Thomas

DOCKET ENTRY:

Run Date: 6/16/2011