below is an order of the court.

_U.S. Bankruptcy Judge_

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

In re

THORNBURGH RESORT COMPANY,
LLC,

        Debtor.

No. 11-31897-tmb11

**ORDER GRANTING LOYAL LAND,
LLC'S MOTION TO DESIGNATE CASE
AS A SINGLE ASSET REAL ESTATE
CASE**

THIS MATTER came on for hearing on Loyal Land, LLC's Motion to Designate Case as a Single Asset Real Estate Case (the "Motion"). The Court, having reviewed the Motion, the arguments of counsel presented at the hearings held on May 18, 31, June 1, 2, 8 and 10, 2011, and after due deliberation and consideration and sufficient cause appearing therefor; it is hereby ORDERED AS FOLLOWS:

    1.    The Motion is granted as set forth herein.

    2.    Loyal shall be granted relief from the automatic stay without the need for a separate motion to this Court if by no later than 30 days from the date of this Order, Debtor has not either (i) started making interest payments or (b) the Debtor has not filed a plan that Loyal has agreed to support.

PAGE 1-   ORDER GRANTING LOYAL LAND, LLC'S MOTION TO
        DESIGNATE CASE AS SINGLE ASSET REAL ESTATE
        CASE
        76878-0001/LEGAL21103115.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

1        3.    The relief from stay granted herein shall be effective immediately upon the

2  occurrence of the events set forth in paragraph 2 above, ~~and shall not be stayed under Rule~~

3  ~~4001(a)(3) of the Federal Rules of Bankruptcy Procedure.~~ *Provided, however,*

4                                     ### *that Loyal shall not* *TMB*

*conduct any foreclosure*

5  Presented by:                         *sale prior to August 10, 2011.*

6  **PERKINS COIE LLP**

7

8  By:  /s/ Jeanette L. Thomas
           Jeanette L. Thomas, Bar No. 980420

9  *Attorneys for Loyal Land, LLC*

10

11  cc:  Via ECF Notification to:
        Gary U. Scharff
        Justin D. Leonard

12        Charles R. Markley
        U.S. Trustee

13

14        Via U.S. Mail to:
        Sandra L Knapp
        Ikon Office Solutions

15

16

17

18

19

20

21

22

23

24

25

26

PAGE  2-   ORDER GRANTING LOYAL LAND, LLC'S MOTION TO
             DESIGNATE CASE AS SINGLE ASSET REAL ESTATE
             CASE
        76878-0001/LEGAL21103115.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222