Below is an order of the court.

*[Signature]*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| In re<br>THORNBURGH RESORT COMPANY, LLC,<br><br>Debtor. | No. 11-31897-tmb11<br><br>**ORDER GRANTING LOYAL LAND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
|---|---|

THIS MATTER came on for hearing on Loyal Land, LLC's Motion Motion for Relief from Stay (the "Motion"). The Court, having reviewed the Motion, the arguments of counsel presented at the hearings held on May 18, 31, June 1, 2, 8 and 10, 2011, and after due deliberation and consideration and sufficient cause appearing therefor; it is hereby FOUND AND DETERMINED THAT:

A. Notice of the Motion and the hearing thereon was due and sufficient under the circumstances.

B. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

C. This is a core proceeding under 11 U.S.C. § 157(b)(G).

IT IS ORDERED, ADJUDGED AND DECREED THAT:

PAGE 1- ORDER GRANTING LOYAL LAND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

76878-LEGAL21103162.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222


1.    The Motion is granted pursuant to 11 U.S.C § 362(d)(1) and (2), and Loyal is hereby granted relief from the automatic stay provisions of 11 U.S.C. § 362(a) ~~such that Loyal may exercise its state law rights and remedies to foreclose upon the Debtor's Property and to exercise all the rights and remedies available to it as a secured creditor at law, equity and otherwise to enforce its rights against the Property,~~ provided that Loyal shall not conduct any foreclosure sale prior to August 10, 2011.

2.    This Court retains jurisdiction to enforce and resolve any disputes arising under or related to this Order.

### #

Presented by:

**PERKINS COIE** LLP

By: /s/ Jeanette L. Thomas
    Jeanette L. Thomas, Bar No. 980420

*Attorneys for Loyal Land, LLC*

cc: Via ECF Notification to:
    Gary U. Scharff
    Justin D. Leonard
    Charles R. Markley
    U.S. Trustee

Via U.S. Mail to:
    Sandra L Knapp
    Ikon Office Solutions

PAGE 2- ORDER GRANTING LOYAL LAND, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

76878-LEGAL21103162.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222